SCHEDULE F

Philly's Phreshest Airport

| Creditor | Address | Type | Status | Amount |
|---|---|---|---|---|
| Tri State Paper | 4500 N. 3rd St. Phila, PA 19140 215-455-4506 | Trade Debt | Unsecured | 13,000 |
| South Jersey Paper | 2400 Industrial Way Vineland, NJ 08360 856-691-2605 | Trade Debt | Unsecured | 9,300 |
| Georges Market | 37 Freedom Rd Sewell, NJ 08080 609-254-6201 | Trade Debt | Unsecured | 8,600 |
| US Food Service | 2255 High Hill Rd Bridegport, NJ 08014 800-253-0277 | Trade Debt | Unsecured | 7,800 |
| Dubin Paper | 1910 S. Columbus Blvd. Phila, PA 19148 215-462-7900 | Trade Debt | Unsecured | 1,797 |
| George Mortelliti | 1128 Ellsworth St. Phila, PA 19147 215-651-9190 | Trade Debt | Unsecured Loan | 112,000 |
| Stanley Marvel | 1221 Ford Rd. Bensalem, PA 19020 215-638-7800 | Trade Debt | Unsecured | 21,000 |
| Jack & Jill | 101 Commerce Dr. Moorestown, NJ 08057 856-813-2300 | Trade Debt | Unsecured | 5,700 |
| Marketplace Philadelphia LP | Philadelphia Int'l Airport Terminal E Upper Level Phila, PA 19153 215-937-1200 | Rental | Unsecured | 111,000 |
| Ferraro Foods | 1603 Rhawn St. Phila, PA 19111 732-424-3400 | Trade Debt | Unsecured | 20,000 |
| Source One | 2 Carnegie Rd Lawrenceville, NJ 08648 215-428-2735 | Trade Debt | Unsecured | 250,000 |
| Camden Bag & Paper | 114 Gaither Dr Mount Laurel, NJ 08054 800-344-5067 | Trade Debt | Unsecured | 3,000 |